# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WEIRTON ASS'N,

    Plaintiff/Counter-Defendant,

v.                                                                      Case No. 2:11-cv-14956

WOODWARD DETROIT CVS, LLC,

    Defendant/Counter-Plaintiff.

_____/

## ORDER SETTING TELEPHONE CONFERENCE

At the scheduling conference held on January 11, 2012, counsel for Plaintiff and Defendant indicated that they are interested in conducting an early facilitation of this matter, in hopes that they can resolve the dispute between the parties. Accordingly, and because the court would like to be kept informed about the progress of any facilitation attempts,

IT IS ORDERED that counsel for the parties shall participate in a telephone conference on **March 15, 2012, at 10:00 a.m.** The court will place the telephone call. During the conference, counsel should be prepared to discuss any efforts they have made to resolve this case through facilitation.

                                                          s/Robert H. Cleland
                                                          ROBERT H. CLELAND
                                                          UNITED STATES DISTRICT JUDGE

Dated: January 13, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 13, 2012, by electronic and/or ordinary mail.

                                           s/Lisa G. Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-14956.WEIRTONASSOCS.SetTeleConf.set.wpd