UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WEIRTON ASSOCIATES,
a Michigan co-partnership,

Plaintiff,

-vs-

Case No: 2:11-CV-14956
Hon. Robert H. Cleland

WOODWARD DETROIT CVS, LLC,
a Michigan limited liability company

Defendant.

PHILLIP E. SELTZER (P34530)
SAMANTHA K. HERAUD (P76251)
Lipson Neilson Cole Seltzer & Garin, PC
3910 Telegraph Road, Suite 200
Bloomfield Hills, MI 48302
248.593.5000
Attorneys for Plaintiff

ELAINE A. PARSON (P34493)
KRISTA A. JACKSON (P66303)
Strobl & Sharp, PC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
248.540.2300
Attorneys for Defendant

**STIPULATION FOR ORDER FOR ATTORNEY FEES**

Defendant Woodward Detroit CVS, LLC filed its Motion for Reasonable Costs and Expenses and Brief in Support, dated November 16, 2012. The parties have reached a resolution regarding the motion and agree that Plaintiff Weirton Associates will pay Two Thousand Two Hundred Fifty Dollars and Zero Cents ($2,250.00) to Woodward Detroit CVS, LLC in full resolution of the referenced motion, within forty-Five (45) days of the entry of this Order.

By: ______________________________
Phillip E. Seltzer (P34530)
Attorney for Plaintiff

By: ______________________________
Elaine A. Parson (P34493)
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WEIRTON ASSOCIATES,
a Michigan co-partnership,

Plaintiff,

-vs-

Case No: 2:11-CV-14956
Hon. Robert H. Cleland

WOODWARD DETROIT CVS, LLC,
a Michigan limited liability company

Defendant.

| | |
|---|---|
| PHILLIP E. SELTZER (P34530)<br>SAMANTHA K. HERAUD (P76251)<br>Lipson Neilson Cole Seltzer & Garin, PC<br>3910 Telegraph Road, Suite 200<br>Bloomfield Hills, MI 48302<br>248.593.5000<br>Attorneys for Plaintiff | ELAINE A. PARSON (P34493)<br>KRISTA A. JACKSON (P66303)<br>Strobl & Sharp, PC<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304<br>248.540.2300<br>Attorneys for Defendant |

**ORDER FOR ATTORNEY FEES**

At a session of said Court held in the City of
Detroit, County of Wayne, State of Michigan
on: December 12, 2012

PRESENT: HON. _ROBERT H. CLELAND

The Court having read the stipulation of the parties:

IT IS HEREBY ORDERED that Plaintiff Weirton Associates will pay Two Thousand Two Hundred Fifty Dollars and Zero Cents ($2,250.00) to Woodward Detroit CVS, LLC in full resolution of Defendant's Motion for Reasonable Costs and Expenses and Brief in Support, dated November 16, 2012, within Forty-Five (45) days of the entry of this Order.

S/Robert H. Cleland_
U.S. DISTRICT COURT JUDGE