UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WEIRTON ASSOCIATES,
a Michigan co-partnership,

    Plaintiff,

-vs-                                                  Case No: 2:11-CV-14956
                                                       Hon. Robert H. Cleland

WOODWARD DETROIT CVS, LLC,
a Michigan limited liability company

    Defendant.

| PHILLIP E. SELTZER (P34530) | ELAINE A. PARSON (P34493) |
|---|---|
| SAMANTHA K. HERAUD (P76251) | KRISTA A. JACKSON (P66303) |
| Lipson Neilson Cole Seltzer & Garin, PC | Strobl & Sharp, PC |
| 3910 Telegraph Road, Suite 200 | 300 East Long Lake Road, Suite 200 |
| Bloomfield Hills, MI 48302 | Bloomfield Hills, MI 48304 |
| 248.593.5000 | 248.540.2300 |
| Attorneys for Plaintiff | Attorneys for Defendant |

## STIPULATION FOR ORDER FOR ATTORNEY FEES

Defendant Woodward Detroit CVS, LLC filed its Motion for Reasonable Costs and Expenses and Brief in Support, dated November 16, 2012. The parties have reached a resolution regarding the motion and agree that Plaintiff Weirton Associates will pay Two Thousand Two Hundred Fifty Dollars and Zero Cents ($2,250.00) to Woodward Detroit CVS, LLC in full resolution of the referenced motion, within forty-Five (45) days of the entry of this Order.

By: _____        By: _____
    Phillip E. Seltzer (P34530)                    Elaine A. Parson (P34493)
    Attorney for Plaintiff                           Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WEIRTON ASSOCIATES,
a Michigan co-partnership,

    Plaintiff,

-vs-                                                              Case No: 2:11-CV-14956
                                                               Hon. Robert H. Cleland

WOODWARD DETROIT CVS, LLC,
a Michigan limited liability company

    Defendant.

---

| | |
|---|---|
| PHILLIP E. SELTZER (P34530) | ELAINE A. PARSON (P34493) |
| SAMANTHA K. HERAUD (P76251) | KRISTA A. JACKSON (P66303) |
| Lipson Neilson Cole Seltzer & Garin, PC | Strobl & Sharp, PC |
| 3910 Telegraph Road, Suite 200 | 300 East Long Lake Road, Suite 200 |
| Bloomfield Hills, MI 48302 | Bloomfield Hills, MI 48304 |
| 248.593.5000 | 248.540.2300 |
| Attorneys for Plaintiff | Attorneys for Defendant |

---

## ORDER FOR ATTORNEY FEES

At a session of said Court held in the City of
Detroit, County of Wayne, State of Michigan
on: December 12, 2012

PRESENT: HON.  ROBERT H. CLELAND

The Court having read the stipulation of the parties:

IT IS HEREBY ORDERED that Plaintiff Weirton Associates will pay Two Thousand Two Hundred Fifty Dollars and Zero Cents ($2,250.00) to Woodward Detroit CVS, LLC in full resolution of Defendant's Motion for Reasonable Costs and Expenses and Brief in Support, dated November 16, 2012, within Forty-Five (45) days of the entry of this Order.

                                                                   S/Robert H. Cleland
                                                                     U.S. DISTRICT COURT JUDGE